UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| WILLIAM DYCK,<br><br> Plaintiff,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC.,<br><br> Defendant. | No. 5:23-CV-122-H |

## ORDER OF DISMISSAL

Before the Court is the plaintiff's Notice of Nonsuit without Prejudice. Dkt. No. 25. Construing the notice as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court initially denied the motion because it "did not contain proof that the defendant had assented to the dismissal." Dkt. No. 26. Since then, the defendant has indicated that it consents to the plaintiff's dismissal of this case. *See* Dkt. No. 27. In light of the defendant's filing, the Court sua sponte reconsiders its previous Order (Dkt. No. 26), and it hereby grants the joint motion to dismiss this case. Dkt. Nos. 25; 27. It is ordered that the plaintiff's claims against the defendant are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees. Further, in light of this Order, the defendant's pending motion to dismiss (Dkt. No. 12) and motion for leave to designate responsible third parties (Dkt. No. 14) are denied as moot.

So ordered on February 6, 2024.

               _____
               JAMES WESLEY HENDRIX
               UNITED STATES DISTRICT JUDGE